IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CASEY SMITH, | * |
| Plaintiff, | * |
| v. | Case No.  5:21- cv-00209-MTT-CHW |
| | * |
| JUDGE AMANDA S. PETTY, et al., | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 25, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 26th day of October, 2021.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk